1  MUNGER, TOLLES & OLSON LLP
   HENRY WEISSMANN (SBN 132418)
2  Henry.Weissmann@mto.com
   355 South Grand Avenue,
3  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
4  Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
5
   MUNGER, TOLLES & OLSON LLP
6  ROSEMARIE T. RING (SBN 220769)
   Rose.Ring@mto.com
7  JONATHAN H. BLAVIN (SBN 230269)
   Jonathan.Blavin@mto.com
8  BRYAN H. HECKENLIVELY (SBN 279140)
   Bryan.Heckenlively@mto.com
9  560 Mission Street
   Twenty-Seventh Floor
10 San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
11 Facsimile:     (415) 512-4077

12 Attorneys for Defendant HTC AMERICA,
   INC.
13

MORELLI RATNER PC
DAVID S. RATNER (*pro hac vice*)
DRatner @Morellilaw.com
950 Third Avenue, 11th Floor
New York, NY 10022
Telephone:  (212) 751-9800
Facsimile:  (212) 751-0046

DALE BERNARDO RATNER (SBN 278717)
DaleRatner@gmail.com
1550 Hayes Street
San Francisco, CA 94117
Telephone:  (415) 817-1200

Attorneys for Plaintiff

14           UNITED STATES DISTRICT COURT

15         NORTHERN DISTRICT OF CALIFORNIA

16

17 LAUREEN BRIGGS, as an Individual and
   on behalf of the Class,
18
                    Plaintiff,
19
   v.
20
   CARRIER IQ, INC.; HTC
21 CORPORATION;  HTC AMERICA, INC.;
   SAMSUNG ELECTRONICS CO., LTD.
22
                    Defendants.
23

CASE NO.  CV-11-6338-LB

**STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT AND
CONTINUE DEADLINES; [~~PROPOSED~~]
ORDER**

24

25

26

27

28

17070767.1

STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. CV-11-06338-LB

1    In support of this Stipulation, the parties state as follows:

2    WHEREAS, the above-referenced Plaintiff filed the above-captioned case;

3    WHEREAS, the above-referenced Plaintiff alleges violations of the Federal

4    Wiretap Act and other laws by the defendants in this case;

5    WHEREAS, over 70 other complaints have been filed to-date in federal district

6    courts throughout the United States by plaintiffs purporting to bring class actions on behalf of

7    cellular telephone and other device users on whose devices software made by Defendant Carrier

8    IQ, Inc. ("Carrier IQ") is or has been embedded (collectively, including the above-captioned

9    matter, the "CIQ cases");

10   WHEREAS, requests are pending before the Judicial Panel on Multidistrict

11   Litigation ("JPML") to transfer the CIQ cases for coordinated and consolidated pretrial

12   proceedings pursuant to 28 U.S.C. Sec. 1407 (the "MDL Motion"), responses to the motions

13   supporting coordination or consolidation have been filed, and the JPML heard oral argument on

14   March 29, 2012;

15   WHEREAS, on January 20, 2012, Carrier IQ filed a Stipulation to continue Carrier

16   IQ's date to respond to the Complaint to forty-five days after the JPML rules on the MDL Motion

17   (Dkt. No. 7);

18   WHEREAS, on February 24, 2012, this Court granted that Stipulation (Dkt. No.

19   11);

20   WHEREAS, on April 3, 2012, counsel for Defendant HTC America, Inc. ("HTC

21   America") agreed to accept service of summons and complaint on behalf of HTC America;

22   WHEREAS, in light of the pending MDL Motion and to facilitate an orderly

23   schedule for responding to the pleadings in the CIQ Cases, the parties have agreed that the

24   deadline for HTC America to answer, move, or otherwise respond to the Complaint shall be

25   extended until forty-five days after the Panel issues an order deciding the MDL Motion, or as

26   otherwise ordered by the MDL transferee court if the MDL Motion is granted; *provided*,

27   however, that in the event that HTC America should agree to an earlier response date in any of

28   the CIQ Cases, HTC America will respond to the complaint in the above-captioned case on that

1   earlier date;

2          WHEREAS, in light of the pending MDL Motion, the parties have agreed that the

3   dates currently set for ADR certification and selection (April 19, 2012), initial disclosures and the

4   filing of Rule 26(f) reports (May 3, 2012), and the Initial Case Management Conference (May 10,

5   2012), should be continued until further order from this Court, or as otherwise ordered by the

6   MDL transferee court if the MDL Motion is granted;

7          WHEREAS, this Stipulation does not constitute a waiver by HTC America of any

8   defense, including but not limited to the defenses of lack of personal jurisdiction, lack of subject

9   matter jurisdiction, improper venue, sufficiency of process or service of process;

10         WHEREAS, Plaintiff and HTC America agree that they are complying with and

11  will continue to comply with all of their evidence preservation obligations under governing law,

12  and that the delay brought about by this Stipulation should not result in the loss of any evidence;

13         NOW THEREFORE, Plaintiff and HTC America, by and through their respective

14  counsel of record, hereby stipulate as follows:

15         The deadline for HTC America to answer, move, or otherwise respond to the complaint in

16  the above-captioned case shall be extended until forty-five days after the Judicial Panel on

17  Multidistrict Litigation issues an order deciding the MDL Motion, or as otherwise ordered by the

18  MDL transferee court if the MDL motion is granted; *provided*, however, that in the event that

19  HTC America should agree to an earlier response date in any of the MDL Cases, HTC America

20  will respond to the complaint in the above captioned-case on that earlier date.

21         The dates currently set for ADR certification and selection, initial disclosures and the

22  filing of Rule 26(f) reports, and the Initial Case Management Conference are continued until

23  further order from this Court, or as otherwise ordered by the MDL transferee court if the MDL

24  motion is granted.

25         This Stipulation does not constitute a waiver by HTC America of any defense, including

26  but not limited to the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction,

27  improper venue, sufficiency of process, or service of process.

28

17070767.1

- 2 -          STIPULATION AND [~~PROPOSED~~] ORDER
                              CASE NO. CV-11-06338-LB

1    IT IS SO STIPULATED.

2

3    DATED:  April 3, 2012                    MORELLI RATNER PC

4

5

                                              By: _/s/ David Ratner_____
6                                                 David Ratner
                                                  Attorneys for Plaintiffs
7

8    DATED:  April 3, 2012                    MUNGER, TOLLES, & OLSON LLP

9

10                                            By: _/s/ Bryan H. Heckenlively_____
                                                  Bryan H. Heckenlively
11                                                Attorneys for Defendant
                                                  HTC America, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17070767.1                    - 3 -    STIPULATION AND [PROPOSED] ORDER
                                        CASE NO. CV-11-06338-LB

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: April 4, 2012

5

Hon. Laurel Beeler
United States Magistrate Judge

6

7

The Case Management Conference on May 10, 2012 at 10:30 a.m. is hereby
VACATED and reset to July 26, 2012 at 10:30 a.m. A Joint Case Management
Conference Statement due by July 19, 2012.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17070767.1

- 4 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-11-06338-LB